## Gaelic Park Athletic Club, Appellee, v. J. K. Fielding and John Fielding, Appellants.

### Gen. No. 23,603.    (Not to be reported in full.)

Appeal from an interlocutory order of the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in this court. Affirmed. Opinion filed December 3, 1917.

### Statement of the Case.

Bill by the Gaelic Park Athletic Club, a corporation, complainant, against J. K. Fielding and John Fielding, defendants, to restrain them from interfering with the use and occupation of certain premises and with the collection of admission fees and fees from others for the use of such premises. From an order granting a temporary injunction, defendants appeal.

McMahon & Cheney, for appellants; O'Shaughnessy & O'Shaughnessy, of counsel.

Winston, Payne, Strawn & Shaw, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

### Abstract of the Decision.

1. Equity, § 23*—*when jurisdiction may be retained.* It is proper for a court, in the exercise of its equitable powers, to declare a resulting or constructive trust, and, having taken jurisdiction for this purpose, may retain it for the purpose of determining all the rights of the parties.

2. Injunction, § 206*—*when decree against interference with use and occupation of premises is warranted by evidence.* On a bill to enjoin the interference with the use and occupation of property and with the collection of fees from others for using and occupying it, evidence *held* sufficient to support a decree for complainant.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.